DOA 4/25/2022

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V<br><br>Abigael BELLO-Vargas<br>AKA: Juan Felipe Reyes<br>A213 382 058<br>DOB: 1994<br>Citizen of Mexico<br><br>Defendant | Magistrate Case No. 22-1667MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>COUNT I<br>Title 18, United States Code, Section 1546(a), Fraud and misuse of visas, permits and other documents (Felony).<br><br>COUNT II<br>Title 8, United States Code, Section 1325 (a)(3), Attempt to enter the United States by willfully false and misleading representations or willful concealment of a material fact (Misdemeanor). |

The undersigned complainant being duly sworn states:

## COUNT I

That on or about 4/25/2022, within the District of Arizona, the defendant, Abigael BELLO-Vargas, an alien, did knowingly utter, use, attempt to use, possess, obtain, accept, or receive any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, to wit: a Counterfeit U.S. Naturalization Certificate bearing the name of Juan Felipe Reyes, in violation of Title 18 United States Code, Section 1546(a), a Felony.

DOA 4/25/2022

UNITED STATES OF AMERICA

V.

Abigael BELLO-Vargas
AKA: Juan Felipe Reyes
A213 382 058

## COUNT II

That on or about 4/25/2022, at the San Luis Port of Entry in San Luis, AZ, within the District of Arizona, the defendant Abigael BELLO-Vargas, an alien, did knowingly and intentionally attempt to enter the United States by willfully false and misleading representations or willful concealment of a material fact, in violation of Title 8, United States Code, Section 1325(a)(3), a Misdemeanor.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos   *John Ballos*
*SAD for JAB*

*Leslie Figueroa*
Signature of Complainant
Leslie Figueroa
Enforcement officer

Sworn to before me and subscribed telephonically,
__4/26/2022__   at   __Yuma, Arizona__
Date                                                City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

DOA 4/25/2022

UNITED STATES OF AMERICA

    V.

Abigael BELLO-Vargas
AKA: Juan Felipe Reyes
A213 382 058

**CRIMINAL HISTORY:**
None Found

**IMMIGRATION RECORD:**
Withdrawal of application: 04/21/22, 04/22/22, 04/23/22.

**Statement of Facts:**

The complainant states that this complaint is based upon the statements of the apprehending officers, that BELLO was found and arrested on or about 4/25/2022, at the San Luis, Arizona Port of Entry. Questioning revealed that BELLO is a citizen of Mexico, and is not in possession of valid documents allowing him to enter or remain in the United States

On 4/25/2022 BELLO applied for admission into the United States, via the pedestrian lanes, at the San Luis, Arizona, Port of Entry. Upon inspection, BELLO presented a Counterfeit U.S. Naturalization Certificate bearing the name of Juan Felipe Reyes and claimed to be this person. The Officer referred BELLO to CBP secondary for further inspection when he suspected the document was counterfeit.

Once in secondary, the Officers confirmed that BELLO was indeed in violation of law. At this time, officers escorted BELLO to an interview room where they read BELLO his rights per form I-214. BELLO signed the I-214 acknowledging he understood them and opted to answer questions without the presence of counsel.

DOA 4/25/2022

UNITED STATES OF AMERICA

V.

Abigael BELLO-Vargas
AKA: Juan Felipe Reyes
A213 382 058

BELLO admitted his actions are in violation of law and wanted to enter the United States to seek employment. BELLO added he obtained the document he presented from an unknown person in San Luis, Mexico.

_____
Signature of Complainant
Leslie Figueroa
Enforcement officer

Sworn to before me and subscribed telephonically,
April 26, 2022                    at            Yuma, Arizona
Date                                                 City and State

James F. Metcalf, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer                  Signature of Judicial Officer